UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHIGAN NURSERY AND LANDSCAPE ASSOCIATION, et al., <br> Plaintiffs, <br><br> -v- <br><br> GRETCHEN WHITMER and DANA NESSEL, <br> Defendants. | No. 1:20-cv-331 <br><br> Honorable Paul L. Maloney |

## ORDER DISMISSING MOTION FOR ENLARGMENT OF WORD LIMIT

Plaintiffs filed a motion for an emergency preliminary injunction. With that motion, Plaintiffs have also filed a motion for enlargement of the limitation on word count. (ECF No. 12.)

Plaintiffs' motion for enlargement of the limitation on word count is **DISMISSED AS MOOT**. The relief sought is unnecessary. Under the Local Rules, motions for injunctive relief are considered dispositive motions and have a 10,800 word limit. W.D. Mich. LCivR 7.2(a) and (b)(i). The local rules do not distinguish between preliminary injunctions and other forms of injunctive relief. Plaintiffs assert that the motion for injunctive relief and the supporting brief contain approximately 5,600 words, which is well below the limit.

IT IS SO ORDERED.

Date: April 22, 2020         /s/ Paul L. Maloney
                             Paul L. Maloney
                             United States District Judge