UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN NURSERY AND LANDSCAPE
ASSOCIATION, et al.,

    Plaintiffs,                                        Case No. 1:20-cv-331

v.                                                                      HONORABLE PAUL L. MALONEY

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

## ORDER SCHEDULING HEARING ON MOTION

A hearing on Plaintiffs' motion for preliminary injunction is scheduled for April 29, 2020 at 10:00 a.m.  The hearing will be held in Room 601, Federal Building, 110 Michigan St., N.W., Grand Rapids, Michigan.  The Court will determine at a later date whether the hearing will be held via video conference technology, by telephone, or in court.

    **IT IS SO ORDERED**.

Dated:  April 23, 2020                                                                   /s/  Paul L. Maloney
                                                                                                 Paul L. Maloney
                                                                                                     United States District Judge