UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN NURSERY AND LANDSCAPE
ASSOCIATION, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

Case No. 1:20-cv-331

HONORABLE PAUL L. MALONEY

## ORDER DISMISSING MOTION FOR PRELIMINARY INJUNCTION

Pending before the Court is Plaintiffs' motion for preliminary injunction (ECF No. 9). On today's date, Plaintiffs filed a Notice of (1) Withdrawal of the Motion, and (2) Time to Answer Verified Complaint (ECF No. 24). Therefore,

**IT IS HEREBY ORDERED** that the motion for preliminary injunction (ECF No. 9) is DISMISSED AS WITHDRAWN. The hearing scheduled for April 29, 2020 is CANCELED.

**IT IS FURTHER ORDERED** that pursuant to the Defendants agreement to waive service and accept electronic delivery of the initial pleadings, the deadline for Defendants to answer the complaint is **June 16, 2020**.

Dated: April 24, 2020

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge